No. 73–6006. ARBUCKLE *v.* SCOTT, ATTORNEY GENERAL OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–6034. ALVAREZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–6039. HUTCHINSON *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 73–6046. ETCHISON *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 73–6047. HUNTER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 73–6075. BOOKER *v.* JOHNSON, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 73–6084. NORTHERN *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–6086. HADSELL *v.* WASHINGTON BOARD OF PRISON TERMS AND PAROLES. Sup. Ct. Wash. Certiorari denied.

No. 73–6095. HORTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6125. RAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6166. DIXON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6172. LOY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6187. FRANKLIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.